RENE M. KNAEPEN, APPELLANT, v. THE NEW JERSEY TITLE GUARANTEE AND TRUST CO. (IN LIQUIDATION), RESPONDENT.

Submitted October 30, 1942—Decided January 22, 1943.

For the appellant, *Charles W. Symanski*.

For the respondent, *John P. Nugent*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 11.

*For reversal*—None.